**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01921-STV

ARON HABTE NEGSH,

      Petitioner,

v.

JUAN BALTAZAR, *et al,*

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF 19] entered by United States Magistrate Judge Scott T. Varholak on July 16, 2026, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [#1] is DENIED, and this action is DISMISSED without prejudice.

DATED at Denver, Colorado, this 16th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:  s/ S. Chaplin
      Deputy Clerk